**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

MICHAEL BARKER and GEORGE CROSS
on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

J.B. HUNT TRANSPORT SERVICES, INC.,

Defendant.

Case No. 5:26-cv-05128-DCF

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Michael Barker and George Cross, on behalf of themselves and the Settlement Class, respectfully move under Federal Rule of Civil Procedure 23(e) for an Order granting preliminary approval of the Class Action Settlement Agreement with Defendant J.B. Hunt Transport Services, Inc. The Settlement creates a $3,175,000 common fund for 25,500 identified Settlement Class Members who paid tobacco surcharges in connection with their participation in the J.B. Hunt Transport, Inc. Employee Benefits Plan. Settlement payments will be calculated automatically from Defendant's payroll and benefits records and distributed *pro rata* based on the tobacco surcharges each Class Member paid, without a claims process.

Plaintiffs further request that the Court appoint Plaintiffs Michael Barker and George Cross as Class Representatives, appoint Oren Faircloth and William H. Payne, IV of Siri & Glimstad LLP as Class Counsel, appoint Rust Consulting, Inc. as Settlement Administrator, approve the notice program and direct that Notice be distributed to the Settlement Class Members in accordance with the Notice Program, schedule the Final Fairness Hearing at least one hundred and

twenty (120) days after entry of the Preliminary Approval Order, and grant such other and further relief as the Court deems just and proper.

In support of this Motion, Plaintiffs rely upon and incorporate by reference the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the Declaration of Oren Faircloth and exhibits thereto, the Settlement Agreement and its exhibits, and the proposed Preliminary Approval Order submitted herewith.

Defendant J.B. Hunt Transport Services, Inc. does not oppose this Motion.

Dated: November 10, 2026

Respectfully submitted,

**SIRI & GLIMSTAD LLP**

*<u>/s/ Oren Faircloth</u>*
Oren Faircloth (*pro hac vice*)
100 Pearl Street, 14th Floor – #16946876
Hartford, CT 06103
Tel: (212) 532-1091
E: ofaircloth@sirillp.com

William H. Payne, IV (*pro hac vice*)
8 Campus Drive, Suite 105 PMB #101
Parsippany, New Jersey 07054
Tel: (212) 532-1091
E: wpayne@sirillp.com

**JENNINGS & EARLEY PLLC**
Christopher D. Jennings
Arkansas Bar No. 2006306
500 President Clinton Avenue, Ste 110
Little Rock, Arkansas 72201
Tel: (501) 255-8569
E: chris@jefirm.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2026, I caused to be filed a true and correct copy of the foregoing document with the clerk of court using CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Oren Faircloth*
Oren Faircloth